# Third District Court of Appeal

## State of Florida

Opinion filed January 10, 2024.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D23-1108
Lower Tribunal No. 22-983

————————

**J.E., a juvenile,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Orlando A. Prescott, Judge.

J.E., a juvenile, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.